April 11, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

GUILLERMO GARZA D/B/A WILHOME BUILDERS & CONSTRUCTION,
Appellant

NO. 14-11-00724-CV                    V.

JESSE CANTU, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Jesse Cantu, signed, May 10, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Jesse Cantu.

We further order this decision certified below for observance.